

MICHAEL A. CARDOZO
Corporation Counsel

THE CITY OF NEW YORK

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Susan P. Scharfstein
Special Federal Litigation Division
212-227-4071
Facsimile: (212) 788-9776
sscharfs@law.nyc.gov

March 28, 2007

**BY ECF AND FIRST-CLASS MAIL**
Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: Davis, et al. v. City of New York, et al., 04 CV 3299 (JFB) (RLM)

Dear Judge Bianco:

      I am an attorney in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, counsel for defendants City of New York, Raymond Johnson, Erik Paulsen, Christopher Knappenberger, Raymond Neuman, Patrick Bergin, Edward Waldron, and John Marchica in the above-referenced action.

      I write to advise the Court that defendants and plaintiffs James Davis and Jessie Davis, the now-remaining plaintiffs in this action, have agreed to settle this matter. As the Court is aware, plaintiff Melinda Davis agreed to voluntarily dismiss all claims against defendants during the March 6, 2007 conference. The claims of all other plaintiffs were dismissed pursuant to Memorandum and Order of this Court dated February 15, 2007. Accordingly, I respectfully request that all further proceedings in this action, including those set forth in the Court's March 6, 2007 scheduling order, consisting of the deadline for submission of the joint pre-trial order and the June 4, 2007 trial date, be canceled.

      I will forward a Stipulation and Order of Partial Voluntary Dismissal for plaintiff Melinda Davis, and a Stipulation and Order of Settlement and Dismissal for plaintiffs James Davis and Davis, to be "So Ordered" by the Court once the parties have executed the papers.

Thank you for your consideration herein.

Respectfully submitted,

/S/

Susan P. Scharfstein (SS 2476)

cc: Honorable Roanne L. Mann (by ECF)
John Cobb, Esq. (by ECF)